**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NETLIST, INC. <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC. <br><br> Defendants. | Case No.: 2:25-CV-00553 |

## MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Netlist, Inc. hereby files its motion for dismissal without prejudice of all claims asserted against Defendants Samsung electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. Defendants have not answered.

Dated:  May 20, 2025     Respectfully submitted,

/s/ *Jennifer L. Truelove*
Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH P.C.**
104 East Houston Street, Suite 300
Marshall, Texas  75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

Jason G. Sheasby (*pro hac vice* forthcoming)
jsheasby@irell.com
Lisa S. Glasser (*pro have vice* forthcoming)
lglasser@irell.com
Andrew J. Strabone (*pro hac vice* forthcoming)
astrabone@irell.com
Annita Zhong, PhD (*pro have vice* forthcoming)
hzhong@irell.com
Thomas C Werner (*pro have vice* forthcoming)
twerner@irell.com
Michael W. Tezyan (*pro have vice* forthcoming)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Ste. 900
Los Angeles, CA  90067

***Attorneys for Plaintiff Netlist, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been

served on all counsel of record via the Court's ECF system on May 20, 2025.

/s/ *Jennifer L. Truelove*
Jennifer L. Truelove

4923-4998-6885